UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WYATT STEVEN BARON,

    Defendant.

_____/

Case No. 2:25-cr-10-01

Hon. Hala Y. Jarbou

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 20, 2025, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R), recommending that Defendant's plea of guilty to Count 1 of the Indictment be accepted. Defendant is charged with a crime of violence with a maximum of 10 years in prison. Under 18 U.S.C. § 3143(a)(2) and § 3156(a)(4), such a conviction requires mandatory remand. The R&R was duly served on the parties. No objections have been filed and the deadline for doing so expired on December 4, 2025. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that the R&R (ECF No. 37) is **APPROVED and ADOPTED** as the opinion of the Court. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Indictment. The written plea agreement (ECF No. 33) is continued under advisement pending sentencing.

**IT IS FURTHER ORDERED** that Defendant's bond is **REVOKED**, based on the mandatory remand provisions of 18 U.S.C. § 3143. Defendant Wyatt Steven Baron must surrender to the to the Chippewa County Jail (325 Court Street, Sault Ste. Marie, MI), no later than 3:00 PM

on December 5, 2025, and shall be detained pending sentencing.  If Defendant does not self-surrender by that deadline, the Court will issue a warrant for his arrest.

Dated: December 4, 2025                              /s/ Hala Y. Jarbou
                                                     HALA Y. JARBOU
                                                     CHIEF UNITED STATES DISTRICT JUDGE